# UNITED STATES DISTRICT COURT
# WESTERN DISTRICT OF WASHINGTON
# AT SEATTLE

| | |
|---|---|
| LILLIAN MWERU and ELIZABETH NUAMBURA,<br><br>Plaintiffs,<br><br>v.<br><br>UNITED STATES OF AMERICA, et al.,<br><br>Defendants. | CASE NO. C17-1497MJP<br><br>DISMISSAL ORDER |

The parties having not complied with an order directing that a joint status report be filed by February 2, 2018, IT IS ORDERED that this action and all claims asserted herein are DISMISSED without prejudice.

The clerk is ordered to provide copies of this order to all counsel.

Dated February 16, 2018.

Marsha J. Pechman
United States District Judge

DISMISSAL ORDER - 1